CLARE FOSTER, Respondent, v. JESSE E. FOSTER, Appellant.— Motion for an order amending the decision of this court handed down April 23, 1959

and the order entered thereon and for an order extending the time within which to perfect appeal. Motion denied, without costs. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.